UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00093 |
| ) | Judge Echols |
| BETTY LOU COLE, ) | |
| NOVICE J. COLE, JR., and ) | |
| SHARON Y. WHITE ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) Defendant Sharon White's "Motion to Dismiss for Pre-Indictment Delay" (Docket Entry No. 94) is hereby DENIED; and

(1) Defendant Novice Cole's "Motion to Dismiss for Preindictment Delay" (Docket Entry No. 111) is hereby DENIED.

A jury trial in this action will commence on June 10, 2008 at 9:00 a.m., as previously scheduled.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE